AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Mary C. Randall | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.    1:16-00255-JMC |
| Richard M. Tierney, CPCU, in his official capacity as Branch Manager, Michael C. Pederson, Amica Adjuster | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges to dismiss.

Date:    October 15, 2014                                               *CLERK OF COURT*

                                                                                  s/Angie Snipes
                                                                           _____
                                                                           *Signature of Clerk or Deputy Clerk*